# EXHIBIT LIST

1) Booking History

2) 25th District Court Order

3) Dep Transcript – Jail Director Jeriel Heard

4) Inmate Booking Report

5) Medical Record- Questionnaire

6) Dep Transcript – Keith Dlugokinski

7) Dep Transcript – Carolyn Storey

8) MEO Report

9) Pharmacy Record with Catapres given

10) Dep Transcript – Huq Deposition

11) Jail Health Policies

12) Affidavit of Nurse Williams

13) Dep Transcript – Deputy Thomas

14) Rounding Policies

15) Inmate Anderson &Williams & Long Statements

16) Hamtramck Police Report